IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEAURENZA EDWARDS,

    Plaintiff,

v.                                        CASE NO. 5:23cv51-RH-MJF

COMMISSIONER FOR THE INTERNAL
REVENUE SERVICE,

    Defendant.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 32. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The plaintiff's motion for a preliminary injunction, ECF No. 29, is denied.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 15, 2023.

                                             s/Robert L. Hinkle
                                             United States District Judge